# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TARESA J. MARLOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 20-1727-RGA |
| ) | |
| HERTRICH FAIMLY OF ) | |
| AUTOMOBILE DEALERSHIPS ) | |
| FRED W. HERTRICH IV, RHONDA ) | |
| MCCREA, ANN FRENCH, and ) | |
| DANIELLE CALANDRA ) | |
| | |
| Defendant. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties in the above-captioned action, through the undersigned counsel, that this action is dismissed in its entirety, with prejudice. The parties shall bear their own attorneys' fees and costs.

Respectfully submitted,

**THE POLIQUIN FIRM LLC**

*/s/ Ronald G. Poliquin, Esq.*
Ronald G. Poliquin, Esq. (#4447)
1475 S. Governors Avenue
Dover, Delaware 19904
(302) 702-5501
ron@poliquinfirm.com

*Attorneys for Plaintiff*

**Marshall, Dennehey, Warner, Coleman & Goggin**

*/s/ Keri L. Morris-Johnston, Esq.*
Keri L. Morris-Johnston, Esq. (#4656)
1007 N. Orange St., 6th Floor
PO Box 8888
Wilmington, DE 19899
302-552-4300
KLMorris@mdwcg.com

*Attorneys for Defendant*

Dated: June 15, 2022

**SO ORDERED** this __21st__ day of _____June_____, 2022.

/s/ Richard G. Andrews
JUDGE